# Exhibit A

**Declaration of Maria Anurag Reddy BASANI**

1. I am over 21 years of age and otherwise competent to attest to the facts contained in this declaration.

2. I was born in Hyderabad, Andhra Pradesh, India. Today, I live at 8626 Greenway Blvd., Apt. 213, Middleton, WI 53562.

3. I was issued my first F-1 visa at the U.S. Consulate in Hyderabad, India on or about June 22, 2010.

4. On or about August 6, 2010, I entered the U.S. in F-1 status, to pursue my master's degree at Texas A&M University-Corpus Christi.

5. I stayed in the U.S. through my entire first year of my degree program. I returned to India during the winter break of my second year, on or about December 13, 2011. I returned to the U.S. on or about February 4, 2012 without any trouble and proceeded to graduate with my Master of Science degree in Computer Science on or about May 1, 2012.

6. The DSO at Texas A&M University-Corpus Christi issued me a new Form I-20 recommending Post-Completion Optional Practical Training (OPT) that I used to apply for an Employment Authorization Document (EAD) card. My Post-Completion OPT EAD Card was approved and issued valid from July 2, 2012 to July 1, 2013.

7. On or about August 20, 2012, Xchange Software, Inc. extended an offer of employment to me for the duration of my OPT validity period that I accepted. I was able to continue working them once I qualified for STEM OPT and received an offer from Xchange Software, Inc. to continue at the company. The STEM OPT EAD Card was approved valid from July 2, 2013 to December 1, 2014.

8. On or about December 19, 2013, I went to India for vacation and returned to the U.S. on or about January 13, 2014. On this return trip, I experienced some difficulty as I was coming in to the United States. At the port of entry at IAD (Dulles), I was placed into secondary inspection. The CBP Officer questioned me about my eligibility to travel while on STEM OPT, to which I replied and provided the CBP Office with the necessary documentation. I was also asked to show the CBP Officer my paystubs, which I did. The CBP Officer ended up calling Xchange Software, Inc. to verify that I was working for the company. Xchange Software, Inc. responded affirmatively to the CBP Officer and I was admitted to the U.S. in F-1 status to continue on the STEM OPT EAD Card.

9. In April 2014, Intone Networks, Inc. filed an H1B Petition with USCIS to change my status from F-1 to H1B, requesting approval for me to work for their company from October 1, 2014 to October 1, 2015. By the time Intone Networks, Inc. filed this H1B Petition I had been working for the company on the STEM OPT EAD Card. USCIS proceeded to approve the H1B Petition.

10. As of October 1, 2014, my status changed to H1B and I continued working for Intone Networks, Inc. On or about January 6, 2015, Intone Networks, Inc. filed an H1B Amended Petition and that was eventually approved by USCIS with an I-94 Card extending my H1B status valid from February 24, 2015 to October 21, 2017. Intone Networks, Inc. subsequently filed another H1B Amended Petition that was approved with an I-94 Card valid from October 27, 2015 to October 21, 2017, which was again extended by USCIS from October 22, 2017 to October 21, 2020.

11. On or about June 10, 2016, I returned to India for my marriage ceremony.

12. I visited the U.S. Consulate in Hyderabad, India on or about June 16, 2016 for what I thought would be a relatively straightforward H1B visa application process. During my interview, the Consular Officer spent several minutes looking through my record, and then he appeared to check with a colleague about something. Then, the Consular Officer asked me several questions about my education and employment histories in the U.S. I answered all of the Consular Officer's questions as honestly as possible, to the very best of my recollection. The Consular Officer ultimately handed me a paper saying that my case had been placed in administrative processing, and that I would need to wait to hear from the Consulate about the next steps. This was really surprising for me because I was unaware of any issues in my record.

13. I then married my wife, Mary Preethi Reddy Shyamala, on or about June 27, 2016.

14. On or about June 30, 2016, I received an eMail from the Consulate requesting that I attend a second visa interview.

15. I attended my second visa interview on or about July 8, 2016 with the same Consular Officer as before. The Consular Officer denied my visa application and handed me a refusal letter indicating that I was permanently ineligible to enter the U.S. I was so shocked by this and requested the Consular Officer to provide me with some kind of explanation as to why I had been found inadmissible under U.S. immigration law for fraud or misrepresentation, to which the Consular Officer replied that another officer had found me ineligible to work while I was on OPT, so the Consulate had no choice but to refuse my visa. I explained that I had sufficient documentation to show that I was always eligible to work in the U.S. – both in F-1 and H1B statuses. The Consular Officer said that he believed me and indicated that there might be a mistake in the system, after which he applied for an inadmissibility waiver on my behalf.

16. I was so anxious and confused after being found inadmissible. I was also scared because I knew that my employer and client would not wait forever for me to return to work. I knew that I needed to seek out legal assistance. I hired the Murthy Law Firm in July 2016, after consulting with one of the firm's attorneys.

17. Since hiring the Murthy Law Firm, my legal team and I have spent over a year trying to find the root of the inadmissibility finding that was made against me. We have submitted seemingly all requests possible to obtain government records that might show the course of this inadmissibility finding. The following is a list of the requests we've made in an attempt to discover the root of and / or remove the wrongful inadmissibility finding made against me:

- Direct eMail correspondence with CBP at IAD, where I was placed in secondary questioning on January 13, 2014;
- CBP FOIA request;
- Two (2) USCIS FOIA requests;
- USCIS FOIA appeal;
- Two (2) ICE FOIA requests;
- DOS FOIA request;
- OBIM FOIA request;
- General DHS FOIA request;
- DHS Ombudsman request;

- Direct eMail correspondence with LegalNet;
- Direct eMail correspondence with the DHS Privacy Office; and
- Outside consulting.

None of these requests have proven successful or fruitful in even identifying the root of the inadmissibility finding made against me let alone removing it from my record.

18. I was stranded in India for several months before I was issued an H1B visa pursuant to a 212(D)(3)(A) waiver that the Consular Officer requested back in July 2016. The H1B visa was issued on November 18, 2016. I reentered the U.S. on December 16, 2016 and have returned to work for Intone Networks, Inc.

19. I have suffered and will continue to suffer a number of hardships as a result of the inadmissibility finding made against me. This finding is hurtful because I don't believe that I committed any fraud or made any material misrepresentation. This finding also leaves me with some concern regarding my immigration history including questions answered. To the best of my recollection I have answered questions as truthfully as possible. I have no information about what might be the reason for this inadmissibility finding to be made against me. Further, this finding will prevent me from becoming a Lawful Permanent Resident of the U.S., and it also forces me to obtain a waiver of the finding to be issued a visa for which I am otherwise eligible. This has caused me and my wife so much stress and worry for our future.

20. The events of the past year have and continue to impact both my personal and professional lives. I have no option but to file this lawsuit.

21. I am submitting this declaration in support of my complaint. It is my prayer that it is accepted for that purpose.

I declare that the above statements and facts are true and accurate to the best of my knowledge, information, and belief.

Signature: _____
Maria Anurag Reddy BASANI

Date: 10/18/2017