# Exhibit D

Department of Homeland Security
U.S. Citizenship and Immigration Services

14ITN17

**I-797A, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-14-134-51827 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>April 12, 2014 | PRIORITY DATE | PETITIONER<br>INTONE NETWORKS   INC |
| NOTICE DATE<br>July 23, 2014 | PAGE<br>1 of 2 | BENEFICIARY  A138 041 149<br>BASANI, MARIA   ANURAG REDD |

MICHELLE SHEPARD
RAMINENI LAW ASSOCIATES   LLC
RE: INTONE NETWORKS   INC
800 WEST CUMMINGS PARK STE 5400
WOBURN MA 01801

Notice Type: Approval Notice
Class: H1B
Valid from 10/01/2014 to 10/01/2015
Consulate:

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO).

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt#   WAC-14-134-51827
I-94#   170409663 30
NAME  BASANI, MARIA   ANURAG REDD
CLASS  H1B

VALID FROM 10/01/2014 UNTIL 10/01/2015

PETITIONER:  INTONE NETWORKS   INC
             10 AUSTIN AVE
             ISELIN NJ 08830

170409663 30
Receipt Number  WAC-14-134-51827
United States Citizenship and Immigration Services

I-94
Departure Record     Petitioner: INTONE NETWORKS

14. Family Name
BASANI
15. First (Given) Name
MARIA   ANURAG REDD
16. Date of Birth
17. Country of Citizenship
INDIA

Form I-797A (Rev. 10/31/05)N

U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| WAC-14-134-51827 | |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| April 12, 2014 | | INTONE NETWORKS   INC |
| NOTICE DATE | PAGE | BENEFICIARY A138 041 149 |
| July 23, 2014 | 2 of 2 | BASANI, MARIA   ANURAG REDD |

(continued)
at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL    CA   92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| | | | | | | |
|---|---|---|---|---|---|---|
| Receipt# | VOID | VOID | VOID | Receipt Number | VOID | VOID |
| I-94# | VOID | VOID | VOID | United States Citizenship and Immigration Services | VOID | VOID |
| NAME | VOID | VOID | VOID | | VOID | VOID |
| CLASS | VOID | VOID | VOID | I-94 VOID | VOID | VOID |
| | VOID | VOID | VOID | Departure Record | VOID Petitioner VOID | |
| | | | | 14. Family Name VOID | VOID | VOID |
| PETITIONER: | VOID | VOID | VOID | 15. First (Given) Name VOID | VOID | 16. Date of Birth VOID |
| | VOID | VOID | VOID | 17. Country of Citizenship VOID | VOID | VOID |
| | VOID | VOID | VOID | VOID | VOID | VOID |

Form I-797A (Rev. 10/31/05) N

| Department of Homeland Security | | I-797A, Notice of Action |
| --- | --- | --- |
| U.S. Citizenship and Immigration Services | | |

| RECEIPT NUMBER<br>WAC-15-064-50109 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
| --- | --- | --- |
| RECEIPT DATE<br>January 6, 2015 | PRIORITY DATE | PETITIONER<br>INTONE NETWORKS INC |
| NOTICE DATE<br>February 25, 2015 | PAGE<br>1 of 2 | BENEFICIARY  A138 041 149<br>BASANI, MARIA ANURAG REDDY |
| MICHELLE SHEPARD<br>RAMINENI LAW ASSOCIATES LLC<br>RE: INTONE NETWORKS INC<br>800 W CUMMINGS PARK STE 5400<br>WOBURN MA 01801 | | Notice Type: Approval Notice<br>Class: H1B<br>Valid from 02/24/2015 to 10/21/2017<br>Consulate: |

The above petition for a change in the conditions of the employment or training that was previously authorized in this classification has been approved. It is valid for the period shown above. The named foreign worker(s) are authorized to be employed for this period pursuant to the terms and conditions of the petition.

If the petitioner requested that the temporary stay of the named foreign worker(s) be extended, then the named workers' temporary stay has been extended for the period shown above.

Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required.

The petitioner should give the lower portion of this notice to the named foreign worker(s). The worker(s) must keep the lower portion with his or her previous Form I-94, Arrival-Departure Document. The worker(s) must show it when requested by USCIS or any other component of the U.S. Department of Homeland Security. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States.

The upper portion of this notice should be kept by the petitioner to show that employment or training of the named worker(s) is authorized. It must be shown if requested by USCIS or any other component of the U.S. Department of Homeland Security.

The petitioner may file Form I-824, Application for Action on an Approved Application or Petition, to request us to notify a new consulate, port of entry or pre-flight inspection office of this approval.

Please read the back of this form carefully for more information. If you have questions concerning tax withholding, please contact the Internal Revenue Service. Changes in employment or training may require you to

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N



PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt#   WAC-15-064-50109
I-94#   170409663 30
NAME  BASANI, MARIA ANURAG REDDY
CLASS H1B

VALID FROM 02/24/2015 UNTIL 10/21/2017

PETITIONER: INTONE NETWORKS INC
            10 AUSTIN AVE
            ISELIN NJ 08830

170409663 30

Receipt Number  WAC-15-064-50109
United States Citizenship and Immigration Services

I-94
Departure Record      Petitioner: INTONE NETWORKS

| 14. Family Name<br>BASANI | |
| --- | --- |
| 15. First (Given) Name<br>MARIA ANURAG REDDY | 16. Date of Birth |
| 17. Country of Citizenship<br>INDIA | |

Form I-797A (Rev. 10/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-15-064-50109 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>January 6, 2015 | PRIORITY DATE | PETITIONER<br>INTONE NETWORKS INC |
| NOTICE DATE<br>February 25, 2015 | PAGE<br>2 of 2 | BENEFICIARY  A138 041 149<br>BASANI, MARIA ANURAG REDDY |

(continued)
file a new Form I-129 petition.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt#
I-94#
NAME
CLASS

PETITIONER:

Receipt Number
United States Citizenship and Immigration Services
I-94 Departure Record
14. Family Name
15. First (Given) Name
16. Date of Birth
17. Country of Citizenship
Petitioner:

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

Form I-797A (Rev. 10/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797A, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| WAC-16-008-51839 | |
| **RECEIPT DATE** October 13, 2015 | **PRIORITY DATE** |
| | **PETITIONER** INTONE NETWORKS INC |
| **NOTICE DATE** October 27, 2015 | **PAGE** 1 of 2 |
| | **BENEFICIARY** A138 041 149 BASANI, MARIA ANURAG REDDY |

MICHELLE SHEPARD
RAMINENI LAW ASSO LLC
RE: INTONE NETWORKS INC
800 W CUMMINGS PARK STE 5400
WOBURN MA 01801

Notice Type: Approval Notice
Class: H1B
Valid from 10/27/2015 to 10/21/2017
Consulate:

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid, as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO)

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL  CA  92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt#   WAC-16-008-51839
I-94#   170409663 30
NAME   BASANI, MARIA ANURAG REDDY
CLASS  H1B

VALID FROM 10/27/2015 UNTIL 10/21/2017

PETITIONER: INTONE NETWORKS INC
            10 AUSTIN AVE
            ISELIN NJ 08830

---

170409663 30

Receipt Number  WAC-16-008-51839
United States Citizenship and Immigration Services

I-94
Departure Record       Petitioner: INTONE NETWORKS

14. Family Name
BASANI
15. First (Given) Name
MARIA ANURAG REDDY
16. Date of Birth
17. Country of Citizenship
INDIA

Form I-797A (Rev. 10/31/05) N

| Department of Homeland Security | | I-797A, Notice of Action |
| --- | --- | --- |
| U.S. Citizenship and Immigration Services | | |

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-16-008-51839 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER | |
| --- | --- | --- | --- |
| RECEIPT DATE<br>October 13, 2015 | PRIORITY DATE | PETITIONER<br>INTONE NETWORKS INC | |
| NOTICE DATE<br>October 27, 2015 | PAGE<br>2 of 2 | BENEFICIARY A138 041 149<br>BASANI, MARIA ANURAG REDDY | |

(continued)
at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL, CA  92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

[Form I-94 section marked VOID throughout]

Form I-797A (Rev. 10/31/05) N

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY / U.S. CITIZENSHIP AND IMMIGRATION SERVICES

14ITN17

| Receipt Number | | Case Type |
|---|---|---|
| LIN1721150388 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 06/30/2017 | | INTONE NETWORKS INC. |
| Notice Date | Page | Beneficiary A208 632 185 |
| 08/30/2017 | 1 of 2 | BASANI, MARIA ANURAG REDDY |

INTONE NETWORKS INC
c/o MICHELLE SHEPARD
RAMINENI LAW ASSOCIATES LLC
800 WEST CUMMINGS PARK STE 5400
WOBURN MA 01801

Notice Type: Approval Notice
Class: H1B
Valid from 10/22/2017 to 10/21/2020

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.
Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

| Detach This Half for Personal Records | 172536908 85 |
|---|---|
| Receipt# LIN1721150388 | Receipt Number LIN1721150388 |
| I-94# 172536908 85 | US Citizenship and Immigration Services |
| NAME BASANI, MARIA ANURAG REDDY | |
| CLASS H1B | I94 Departure Record |
| VALID FROM 10/22/2017 UNTIL 10/31/2020 | Petitioner: INTONE NETWORKS INC |

PETITIONER
INTONE NETWORKS INC,
10 AUSTIN AVENUE
ISELIN NJ 08830

14. Family Name
BASANI
15. First (Given) Name
MARIA ANURAG REDDY
16. Date of Birth
[redacted]
17. Country of Citizenship
INDIA

FORM I-797A [REV. 08/01/16]

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| LIN1721150388 | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 06/30/2017 | | INTONE NETWORKS INC, |
| Notice Date | Page | Beneficiary A208 632 185 |
| 08/30/2017 | 2 of 2 | BASANI, MARIA ANURAG REDDY |

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521
Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt# VOID   VOID   VOID
I-94#
NAME VOID   VOID   VOID
CLASS
VALID FROM UNVOID   VOID
PETITIONER VOID   VOID   VOID
VOID   VOID   VOID
VOID   VOID   VOID

Receipt Number VOID   VOID
US Citizenship and Immigration Services
VOID   VOID   VOID
I94 Departure Record
Petitioner VOID   VOID
14. Family Name
VOID   VOID   VOID
15. First (Given) Name           16. Date of Birth
VOID   VOID   VOID
17. Country of Citizenship VOID
VOID   VOID   VOID

FORM I-797A [REV. 08/01/16]