# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ANURAG REDDY BASANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:17-cv-02646-JEB |
| KIRSTJEN M. NIELSEN, Secretary, U.S. ) | |
| Department of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, noting that Defendants have not yet filed an answer or motion for summary judgment.

Respectfully submitted on this 16th day of February 2018.

   /s/Adam J. Rosen
Adam J. Rosen, Esq.
U.S. District Court Bar #MD29709
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
Tel. (410) 356-5440
Fax. (410) 356-5669
Email. adamr@murthy.com
Attorneys for Plaintiff